IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE

    Plaintiff,

v.                                      CASE NO.  4:14cv342-RH/CAS

BRIAN ENGLES,
NICOLE RAYSOR et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 5 and the objections, ECF No. 6.  I have reviewed de novo the issues raised by the objections.

    The report and recommendation is correct and is adopted as the court's opinion.  The complaint is unfounded on the merits because it names defendants who are immune, are not suable entities, or against whom the complaint fails to state a claim on which relief can be granted.  The claims are barred by res judicata because an earlier complaint against the same defendants arising from the same events and asserting the same claims was dismissed for the same reasons.  And the

claims are barred by the statute of limitations.  A copy of the order dismissing the earlier case and directing the entry of judgment—and explaining the basis for the decision—is attached to this order.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice."  The clerk must close the file.

SO ORDERED on September 2, 2014.

                                   s/Robert L. Hinkle
                                   United States District Judge